JAN 11 2008

**MEMO ENDORSED**

RA PTAH TAHARQA ALLEN
LENARD WALTERS, ET AL V THE CITY OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08

January.9.2008

07 Civ 8682 (RPP)

BY HAND DELIVERY
YOUR HONOR:
KEVIN N FOX

I am reponding to a requeast by the defendant for a an enlargement of time accoroding to the pro se manual pg65, the defendant should ask the plaintiff for a extension of time they did not, also the defendant states they need more time to conduct a investigation concerning this matter, on the day of this incident i called I.A. unit it is I.A. that conducts an investigation from june 1,2007 the investigation stared, why does counsel need to do there own investigation, any information concerning this matter is forwarded to counsel if they request it. So now they asking for more time to find the facts. the two months that counsel request can prejudice my case due to the fact that the NYC POLICE DEPT NOTORIOUS HISTORY AN inherit rabid racism and comtempt, disrepect of blacks.

I believe this request for time is a attempt to hasten justice. since counsel has ask for time, I to repectfully ask for (rule 6 (B).ENLARGMENT) the time limit has not expired(RULE6;(J) (SMITH V:SENTRY INSURANCE 674,f supp.1459(ND GA.1987)I request the extention do to the fact I HAVE ATTEMPT TO FIND, the true names of the officers named in my suit, there first names, I have not been suceessful (PSA 5) has not giving me there names the CCRB has not giving the names of these officers. also i sent an interrogatories with my summons and complaint to ONE POLICE PLAZA and I have not receive a reponce from the defendant, futher more the marshall service attempted to serve the officers unsuccessfully.(copies of service and the interrogtory attached) therefore I again repectfully request anenlargment of time to ascertan the true first names of the defendants. and to amend my complaint(PRO SE MANUAL pg 59)

As to this request by counsel(RULE 11)only papers served of file with the court does not apply to all papers sent to the court, such as a letter.As to WILLIAMS.V.THE CITY OF NEW YORK,ET.AL N.Y.D 2D.800.486 N.Y.S2D (918(1985)that case was not a constitiutional matter

SEE TYPEWRITTEN MEMO
ENDORSEMENT ATTACHED

In view of the foregoing,it is repectfully requested that the court grant the within request .thank you your HORNOR for your consideration.

*[Handwritten endorsement:]* Application granted, Plaintiffs' time to serve the individual defendant is extended by 60 days, to February 1, 2008 or Defendant City of New York shall advise plaintiffs within [?] the first names of the individuals police officers on duty on June 1, 2007 from the 25th Precinct between the hours of 9-12 PM at 1345 5th avenue N.Y.C. So ordered. /s/ RPP 1/15/08

RESPECTFULLY SUBMITTED
RA PTAH TAHARQA ALLEN

cc. LAW DEPARTMENT, SARAN.B.EVANS    1/15/08    LEONARD WALTERS    PRO SE
    100, CHURCH, ST NY.NY.1007
    ASST, COUNSEL(BY MAIL)

Case:      Ra Ptah Taharqa Allen, et ano. v. City of New York
Index No.  07 Civ. 8682 (RPP)

**MEMO ENDORSEMENT READS:**

*Application granted.*

*Plaintiffs' time to serve the individual defendants is extended by 60 days. Defendant City of New York shall advise plaintiffs by February 1, 2008 as to the first names of the individual police officers on duty on June 1, 2007 from the 25th Precinct between the hours of 7 – 12 P.M. at 1345 5th Avenue, N.Y.C.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 1/15/08*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
RA PYAH TAHARQA ALLEN

LEONARD WALTERS Plaintiff,

- against -

N.Y. YORK CITYN POLICE DEPT

    P.O. GONZALEZ
           Defendants.
    P.O. RUIZ    P.O GERURRERO    X
---------------------------------
    P.O.

PLAINTIFF'S INTERROGATORIES
TO DISCOVER IDENTITIES AND
ADDRESSES OF DEFENDANTS

07 Civ. 8682    (TPG)

Pursuant to Fed. R. Civ. P. 33, the Defendant(s) shall serve answers, under oath, to the following interrogatories within 30 days upon plaintiff at the address below.

Dated: 11-7-07

           ra ptah taharqa allen
           *Plaintiff's Name*
           *Identification No. (If applicable)*
           *Address*

### INTERROGATORIES

1. IDENTIFY all police officers who were on duty or otherwise present on ( JUNE 1,,07, HOUSING UNIT) 25th P.. precinct 120 east 119th) st  between the houres of 7 pm 12 pm.  AT TAFT  HOUSES 1385  1345 5th ave identify first names of p.o. gonzalez.ruiz.gerurreo

2, STATE THE NAMES ,SHIELD NUMBERS, AND ADDRESSES WHERE PROCESS MAY BE SERVED ON ANY PERSONS IDENTIFIED ABOVE.

3. ANY POLICE REPPORTS  CONCERNING THIS MATTER.

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| RA PTAH TAAHAQA Allen | 2007-cv-08682 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| NYPD Et Al | Summons - Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
P.O. Ruiz   5th Precinct NYPD

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 120 E 123rd St   10035-1917 N.Y. N.Y.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Pa Ptah Taahaqa Allen
1694 Madison Ave ap 146
10029 N.Y. N.Y.

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
Pa Ptah Taahaqa Allen    ☑ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 310-4692
DATE: 11/19/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | | 11/19/07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service | Time | am/pm |
|---|---|---|---|
| | 12/2/07 | | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| -0- | | | | | | |

REMARKS: Sent out for mail service on 12/12/07, no response. Set up for Per/service on 12/19/07. [illegible] 12/28/07 [illegible] expedite to above [illegible] DUSM [illegible] unable to locate individual. NOTE

PRIOR EDITIONS MAY BE USED    **3. NOTICE OF SERVICE**    FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| PH PTAH TAHARQA Allen | 07-8682 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| N.Y.P.D. ET AL | Summons & Complaint |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: P.O. Gonzalez, 5th Precinct of N.Y.P.D.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1205 123 ST 10035-1918 N.Y. N.Y.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

PH PTAH TAHARQA Allen
1694 Madison Ave Apt 146
10029 N.Y. N.Y.

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
PH PTAH Taharqa Allen
☑ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (212) 300-4692
DATE: 11/19/07

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 01
District to Serve No. 01
Signature of Authorized USMS Deputy or Clerk
Date: 11/11/07

☐ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 12/5/07   Time: ___ am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:** Sent out for mail service on 11/20/07, no response. Set up for personal service on 12/10/07. DUSM Calabria 12/17/07 went on expedite to address, DUSM Calabria 12/23/07 went on expedite to 5th P, NOTE: N.Y.P.D. unable to locate individual.

07-8682 - 1

---

PRIOR EDITIONS MAY BE USED   **3. NOTICE OF SERVICE**   FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| PA PTAH TAHARQA Allen | CIV-07-8682 |
| DEFENDANT | TYPE OF PROCESS |
| N.Y.P.D. ET AL. | Summons / Complaint |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PO GUERRERO 5th PRECINCT N.Y.P.D. N.Y. N.Y.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 170 E 123rd St 10035-1918 N.Y. N.Y.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

PA PTAH Taharqa Allen
1694 Madison Ave Apt 146
10029 N.Y. N.Y.

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
PA PTAH TAHARQA Allen
☑ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER (712) 300-4692
DATE 11/19/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk | Date 11/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode |
|---|---|
| Address (complete only if different than shown above) | Date of Service 12/2/07  Time  am / pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Sent out for mail service on 11/19/07, no response. 07-8682-44
Set up for Per/service on 12/19/07.
DUSM Calabaza 12/28/07 went on expedition to above address
DUSM Calabaza 12/28/07 went on expedition to ... NOTE
unable to locate individual.

PRIOR EDITIONS MAY BE USED        **3. NOTICE OF SERVICE**        FORM USM-285 (Rev. 12/15/80)