USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

FEB 1 4 2008

RA PTAH TAHARQA ALLEN
LENARD WALTERS, ET AL V. THE CITY OF NEW YORK

07 Civ. 8682 (RPP)

January.9.2008

BY HAND DELIVERY
YOUR HONOR:
KEVIN N FOX

**MEMO ENDORSED**

I am reponding to a requeast by the defendant for a an eniargement of time accoroding to the pro se manual pg65, the defendant should ask the plaintiff for a extension of time they did not, also the de/fendaat states they need more time to conduct a investigation concerning this matter, on the day of this incident i called I.A.unit it is I.A. that conducts an investigation from june 1,2007 the in/vestigation stared, why does counsel need to do there own investigation, any information concerning this matter is forwarded to counsel if they request it .So now they asking for more time to find the! facts. the two months that counsel request can prejudice my case due to the fact that the NYC POLICE DEPT NOTORIOUS HISTORY AN inherit rabid racism and comtempt, disrepect of blacks .

    I believe this request for time is a atempt to hasten justice .since counsel ahas ask for time ,I to repectfully ask for (rule 6 (B).ENLARGMENT) the time lemit has not expired(RULE6;(J) (SMITH.V:SENTRY INSURANCE 674,f supp.1459(ND GA.1987)I request the extention do to the fact I HAVE ATTEMPT TO FIND,the true names of the officers named in my suit ,there first names,Ihave not been suceessful (PSA 5) has not giving me there names the CCRB has not giving the names of these officers .also i sent an interrogatories with my summons and complaint to ONE POLICE PLAZA and I have not receive a reponce from the defendant,futher more the marshall ser/vic attempted to serve the officers unsucessfully.(copies of service and the interrogtory attached) therefore I again repectfully re/quest anenlargment of time to ascertan the true first names of the defendants. and to amend my complaint(PRO SE MANUAL pg 59)

    As to this request by counsel(RULE 11)only papers served of file with the court does not apply to all papers sent to the court, such as a letter.As to WILLIAMS.V.THE CITY OF NEW YORK,ET.AL N.Y.D 2D.800.486 N.Y.S2D (918(1985)that case was not a consititiutional matter

    In view of the foregoing,it is repectfully requested that the court grant the within request .thank you your HORNOR for your consideration

*[Handwritten endorsement in left margin:]* Plaintiff's time to serve the undersued defendants is extended pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, to May 21, 2008. So ordered. RPP [signature] 2/20/08

*[Stamp:]* RECEIVED / SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED 008 / PRO SE OFFICE

REPECTFULLY SUBMITTED

[signature] Ra Ptah Tarharqa Allen
RA PTAH TAHARQA ALLEN

LEONARD WALTERS PRO SE

cc.LAW DEPARTMENT , SARAN.B.EVANS
100 ,CHURCH,ST NY.NY.1007

Case:      Ra Ptah Taharqa Allen, et ano. v. City of New York
Index No.  07 Civ. 8682 (RPP)

MEMO ENDORSEMENT READS:

*Application granted.*

*Plaintiffs' time to serve the individual defendants is extended, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, to May 2, 2008.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 2/20/08*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RA PTAH TARHAKQA ALLEN

LEONWALTERS ET AL

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ. 8682 ( )( )

**AFFIRMATION OF SERVICE**

- against -

N.Y.C POLICE DEPT

N.YC. CORPORATION COUNSEL

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, _Ra Ptah Tarhaqa Allen_, declare under penalty of perjury that I have
(name)

served a copy of the attached ___LETTER___
(document you are serving)

upon ___SARAN B. EVANS___ whose address is ___100 CHURCH ST___
(name of person served)

N.Y. N.Y 1007
(where you served document)

by ___MAIL___.
(how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated:   N.Y N.Y , N.Y.S
        (town/city)  (state)

        JAN     9   , 20 08
        (month) (day) (year)

_Ra Ptah Tarhaqa Allen_
Signature

1694 MADISON AVE   atp 14G
Address

10029 n.y n.y.
City, State

Zip Code

Telephone Number

Rev. 05/2007