BY HAND DELIVERY

HONORABLE, KEVIN N. FOX
UNITED STATES MAGISTRATE JUDGE
DANIEL MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL ST, RM 540
N.Y N.Y 10007-1312



FEB 19, 2008

RE: RE PTAH TARHAQA ALLEN, ET AL, V. THE N.Y.C. POLICE DEPARTMENT ET AL.
07-cv-8682(RPP)(KNF)

YOUR HONOR:

**MEMO ENDORSED**

I AM WRITING REPECTFULLY AGAIN TO ASK FOR AN ENLARGEMENT OF TIME TO SERVE THE OFFICERS IN MY COMPLAINT, I HAVE NOT RECIEVED A RESPONDS FROM THE COURT. BUT I WAS INFROMED THAT A AN ENLARGMENT OF TIME WAS GIVING TO THE DEFENDANTS WHEN I WENT TO FILE A DEFAULT JUDGMENT AGAINST THE DEFENDANTS. I ASK THE COURT TO SEND ME THE ORDER, FOR I HAVE NOT RECIEVED IT FROM THE COURT CLERK. ALSO I REPECTFULLY ASK THAT THE COURT SEND ME A COPY OF ORDER FROM JUDGE, HON, PATTERSON DATED JAN, 15, 2008, WHICH REQUIRED THE CITY OF N.Y. LAW DEPARTMENT TO GIVE ME THE NAMES OF SAID OFFICERS NAMED IN MY COMPLAINT

(COPYIES ARE ATTACHED):

IN VIEW OF THE FOREGOING, IT IS RESPECTFULLY REQUESTED THAT THE COURT GRANT THE WITHIN REQUEST. THANK YOU FOR YOUR CONSIDDERATION HEREIN.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

CC: SARAH B. EVANS
ASST CORP. COUNSEL,
LAW DEPARTMENT
100, church. st
NY. NY. 10007

RESPECTFULLY SUMITTED.

*RA Ptah Tarharya Allen*

RA PTAH TARHAQA ALLEN

PLAINTIFF.

I *Ra Ptah Tarhaqa Allen* DECLARE UNDER PENALTY OF PERJURY

Application for an enlargment of time to serve the individual defendants is granted. Time is extended to April 25, 2008.
So ordered.
*Robt Patterson USDJ 2/25/08*

 

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

SARAH B. EVANS
*Assistant Corporation Counsel*
Tel.: (212) 788-1041
Fax: (212) 788-9776

January 3, 2008

**BY HAND DELIVERY**
Honorable Kevin N. Fox
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 540
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

    Re: <u>Ra Ptah Taharoa Allen, et al. v. The New York City Police Department, et al.</u>,
       07 CV 8682 (RPP) (KNF)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of the above-referenced matter on behalf of the New York City Police Department.[1] In that capacity, I write to respectfully request a sixty-day enlargement of time, from January 3, 2008, until March 3, 2008, within which the New York City Police Department may answer or otherwise respond to the complaint. I write directly to the Court because plaintiffs are proceeding *pro se* in this matter and we do not have telephone numbers for them. This is the first request for an enlargement of time.

    The complaint alleges that plaintiffs were falsely arrested by New York City Police Officers on June 1, 2007. In addition to the New York City Police Department, plaintiffs name Police Officers Gonzalez, Ruiz, and "Guerrrero" as defendants. Before we can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. An enlargement of time will allow this Office to forward to plaintiffs for execution authorizations for the release of records sealed pursuant to New York Criminal Procedure Law § 160.50. Pursuant to that statute, all records concerning the arrests and prosecutions of plaintiffs were sealed by court order upon the termination of the criminal action in favor of plaintiffs. Accordingly, City defendant requires this enlargement so that this Office may obtain the underlying documentation, properly investigate the allegations of the complaint and fulfill our obligations under Rule 11 of the Federal Rules of Civil Procedure.

*Application granted*
*[signature] RPP*
*1/8/08*

---

[1] This case has been assigned to Assistant Corporation Counsel Brian Francolla, who is presently awaiting admission to the bar, and is handling this matter under supervision. Mr. Francolla may be reached directly at (212) 788-0988.



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

BRIAN FRANCOLLA
*Assistant Corporation Counsel*
Tel.: (212) 788-0988
Fax: (212) 788-9776

February 1, 2008

**VIA FIRST-CLASS MAIL**
Mr. Ra Ptah Taharoa Allen
Plaintiff *Pro Se*
1694 Madison Avenue, #14G
New York, New York 10029

Mr. Leonard Walters
Plaintiff *Pro Se*
1694 Madison Avenue, #14G
New York, New York 10029

       Re: Ra Ptah Taharoa Allen, et al. v. The New York City Police Department, et al.,
          07 CV 8682 (RPP) (KNF)

Mr. Allen and Mr. Walters:

      I write further to Judge Patterson's January 15, 2008 Order which required this Office to "advise plaintiffs by February 1, 2008 as to the first names of the individual police officers on duty on June 1, 2007 from the 25th Precinct between the hours of 7 – 12 P.M. at 1345 5th Avenue, N.Y.C." Upon information and belief, Police Officers Randys Figuerco, Julio Gonzalez, and Vincent Ruiz responded to 1345 5th Avenue on June 1, 2007 between the hours of 7 and 12 P.M. These individuals were assigned to P.S.A. 5 on June 1, 2007, and not to the 25th Precinct.[1]

      Additionally, please be advised that, upon information and belief, Police Officer Figuerco, Shield #19407, is currently assigned to P.S.A. 8, which is located at 2974 Randall Avenue, Bronx, New York 10465. Upon information and belief, both Police Officer Gonzalez, Shield #31228, and Police Officer Ruiz, Shield #10766, are currently assigned to P.S.A. 5, which is located at 221 East 123rd Street, New York, New York 10035.

      Finally, by letter dated December 27, 2007, this Office requested that each plaintiff complete an unsealing release pursuant to New York Criminal Procedure Law § 160.50 and medical releases pursuant to HIPAA for any medical treatment received in connection with

---

[1] For clarification, the location where the alleged incident took place is within the confines of P.S.A. 5, and not the 25th Precinct as alleged by plaintiffs.