```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RA PTAH TAHAROA ALLEN,
LEONARD WALTERS,

                              Plaintiffs,         07 Civ. 8682 (RPP)

                 - against -                            **ORDER**

N.Y.C. POLICE DEPARTMENT; P.O.
JULIO GONZALEZ, VINCENT RUIZ,
RANDYS FIGUEREO,

                              Defendants.
------------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

      In view of the response of Plaintiff Ra Ptah Taharoa Allen received by the Court on April 14, 2008, it appears there was no arrest or arraignment of the Plaintiffs and there are no physical and/or psychological injuries. Review of the Complaint indicates that Police Officers Julio Gonzalez, #31228, Vincent Ruiz, #10766, and Randys Figuereo, #19407, may have stopped the Plaintiffs, detained them, and searched them in violation of their rights.

      Since the names and shield numbers of the Defendants are listed in the Amended Complaint, the Corporation Counsel is directed to advise Plaintiffs in writing by April 30, 2008 of the present or last known precinct or home addresses where the Defendants may be served with process.

IT IS SO ORDERED.

Dated: New York, New York
April 15, 2008

_____
Robert P. Patterson, Jr.
U.S.D.J.

Copies of this Order sent to:

Rah Ptah Taharoa Allen
1694 Madison Avenue, #14G
New York, NY 10029

Leonard Walters
1694 Madison Avenue, #14G
New York, NY 10029

Michael A. Cardozo, Corporation Counsel
City of New York
Law Department
Attn:   Brian Francolla, Asst. Corporation Counsel
100 Church Street
New York, NY 10007
Tel:    212-788-0988
Fax:    212-788-9776

2