BY HAND DELIVERY

HONORABLE ROBERT .P.PATTERSON
UNITED STATES DISTRICT JUDGE
U,S,DISTRICT COURT
DANIEL P.MOYNIHAN U.S.COURT
500 PEARL ,ST.RM,2550
NY.NY.10007 1312



YOUR HONOR:

      I AM THE PLANTIFF IN THIS ACTION,I RESPECTFULLY REQUEAST AN EXTENTION OF TIME TO RESPOND TO THE DEFENDANT AFFRIMATIVE DEFEN_ SE ,AS YOUR HONER MAY RECALL THAT THE DEFENDANT ASK FOR I AND MY CO PLAINTIFF TO PROVIDE DEFENDANTS WITH EXECUTED UNSEALING RELEASES BY APRIL 2008,WE HAVE NOT RECEIVE ANY COPTES OF THE SEAL CASE AS OF YET .

      ON APRIL THE 23,2008, THE PLANTIFFS DELIVERD THE SAID FROMS TO COUNSEL ,ALSO INCLUDED WITH THE FROMS WAS A INTERTIGORY ASK FOR:

    1,THE POLICE REPORT BY THE OFFICERS

    2.AFFRIMATION AND WARRANTSIGN BY A JUDGE.

    3.THE INTERNAL AFFAIRS REPORT

THF RESPONDS FROM COUNSELIS INCLOSED,ALSO YOUR HONOR ORDERED THE
DEFENDANTS TO PROVIDE THE PLAINTIFF WITH THE ADDRESS OF OFFICER
FIGERUREO BECAUSE THE ADDRESS GIVING WAS INCORRECT,THE PLAINTIFF
S,SENT TO THE U.S.MARSHALL THE PROCESS FORM SO THAT THE DEFENDANT
CAN BE SERVED .

THE PLAINTIFFS RESPECTFULLY ASK FOR AN ENLARGEMENT OF TIME
TO ANSER THE DEFENDANTS AFFRIMATIVE DEFENSE.


ALSO THE PLAINTIFFS RESPECTFULLY REQUEST THAT AN ANSER CONCERING
P.O.GONZALEZ AFFRIMATIVE DEFENSE BE DENIED P.OGONZALEZ FIALED
TO ANWSER THE PLAINTIFF SUMMONS AND COMPLAINT WITHIN THE 20 DAY
PERIOD OF THE FEDERAL RULES P.O.HAS DEFAULTED(PROCESS RECIET
COPY INCLOSED)  (DATE NOT CLEAR 4-28-2008) (MAY,23,2008 last day)


AGAIN THE PLAINTIFFS RESPECTFULLY ASK FOR A ENLARGMENT OF
TIME TO RESPOND TO THE DEFENDANTS AFFEIMATIVE DEFENSE
THANK YOU FOR YOUR CONSIDERATION HEREIN

RESPECTFULLY SUMMITID

*Ra Ptah Tarhaka Allen*

RA PTAH TARHAKA ALLEN 6/2/08

PRO SE


CC: BRIAN FRANCOLLA
ASST CORP,COUNSEL
LAW,DEPT.100,CHURCH.ST
NY.NY.10007

*Application Denied. Plaintiff has no duty to respond to affirmative defense. So ordered. Robert P. Patterson USDJ 6/5/08*



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

BRIAN FRANCOLLA
*Assistant Corporation Counsel*
Tel.: (212) 788-0988
Fax: (212) 788-9776

May 7, 2008

**BY FIRST-CLASS MAIL**
Mr. Ra Ptah Taharoa Allen
Plaintiff *Pro Se*
1694 Madison Avenue, #14G
New York, New York 10029

Mr. Leonard Walters
Plaintiff *Pro Se*
1694 Madison Avenue, #14G
New York, New York 10029

      Re: Ra Ptah Taharoa Allen, et al. v. The New York City Police Department, et al.,
          07 CV 8682 (RPP) (KNF)

Mr. Allen and Mr. Walters:

      I am the Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of the above-referenced matter on behalf of defendant New York City Police Department. I am in receipt of "Plaintiff's Interrogatories To Discover Identities and Addresses of Defendants," dated April 22, 2008. As you know, by letter dated April 30, 2008, and pursuant to Judge Patterson's April 16, 2008 Order, defense counsel advised you in writing of the present addresses where Officers Figuereo, Ruiz, and Gonzalez may be served with process. It is defendant's position, however, that any additional discovery requests are premature. Please be advised that we will retain a copy of these requests in the case file and will respond accordingly at the appropriate time, pursuant to the Federal Rules of Civil Procedure, if necessary.

      Thank you for your attention to the within matters.

                              Sincerely yours,

                              Brian Francolla
                              Assistant Corporation Counsel
                              Special Federal Litigation Division

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: RAPTAH TARHAQA ALLEN ET AL | COURT CASE NUMBER: C7civ 8682 |
| DEFENDANT: P.O. Julio Gonzalez SH# 31227 | TYPE OF PROCESS: Summons/Compliant |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

P.O. Julio Gonzalez

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

P.S.A. 5, 221 East 123rd St N.Y. 10035

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

1694 Madison Ave
Apt 14G 10029, N.Y. N.Y.
Raptah Tahaqa Allen

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: Raptah Tarhaqa Allen
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 800-4692
DATE: 2.26.08

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 21 | District of Origin No. 52 | District to Serve No. 52 | Signature of Authorized USMS Deputy or Clerk | Date: 2/26/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): LT [illegible]

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: __ Time: __ am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 46.00 | | | $46.00 | | | |

**REMARKS:** Sent out for mail service on 2/28/08, no response. Set up Per/Service on 4/21/08.

07 8682 6
NOTE

| PRIOR EDITIONS MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |

**WHEREFORE,** defendants New York City Police Department and Police Officer Gonzalez request judgment dismissing the Amended Complaint, as against them with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
        May 30, 2008

>MICHAEL A. CARDOZO
>Corporation Counsel of the
>City of New York
>Attorney for Defendants New York City Police
>Department and Police Officer Gonzalez
>100 Church Street
>New York, New York 10007
>(212) 788-0988
>
>By: _____
>    Brian Francolla
>    Assistant Corporation Counsel

To:  Mr. Ra Ptah Taharoa Allen  (By mail)
     Plaintiff *Pro Se*
     1694 Madison Avenue, #14G
     New York, New York 10029

     Mr. Leonard Walters (By mail)
     Plaintiff *Pro Se*
     1694 Madison Avenue, #14G
     New York, New York 10029