UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RA PTAH TAHARKA ALLEN
LEONARD WALTERS    et al
_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

07 Civ 6682 ( ) ( )

- against -

NOTICE OF MOTION
FOR A DEFAULT JUDGMENT

N.Y.  N.Y.C. CORPORATION COUNSEL

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

**MEMO ENDORSED**

U.S. DISTRICT COURT FILED JUN 09 2008 S.D. OF N.Y.

PRO SE OFFICE

PLEASE TAKE NOTICE that upon the annexed affirmation of Ra Ptah Taharka Allen et al _(name)_ affirmed (signed) on JUNE 5, 2008 _(date)_, and upon the exhibits attached thereto, and upon the accompanying Memorandum of Law in support of this motion _(delete if there is no Memorandum of Law)_, and upon the pleadings herein, (plaintiff)/defendant will move this Court, before _(circle one)_ HON. JUDGE PATTERSON _(Judge's name)_, United States District/Magistrate Judge, for an order pursuant to Rule 55(b) of the Federal Rules of Civil Procedure granting a default judgment against defendant N.Y.C. CORPORATION COUNSEL _(name)_.

I declare under penalty of perjury that the foregoing is true and correct.

Signature  Ra Ptah Taharka Allen
Address    1694 MADISON AVE apt 4 G. 10029 N.Y N.Y

Telephone Number   1-212-300-4692
Fax Number _(if you have one)_ _____

SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED

Rev. 05/2007

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6/17/08

Motion Denied. On May 30 2008, Defendants New York City Police Department and Police Officer Gonzalez filed an answer to the Complaint. The Complaint does not state a claim against N.Y.C. Corporation Counsel. This motion is dismissed. So ordered. 6/16/08  Robert P. Patterson USDJ

Case:      Ra Ptah Taharqa Allen, et ano. v. NYC Police Dep't., et al.
Index No.  07 Civ. 8682 (RPP)

**MEMO ENDORSEMENT READS:**

*Motion denied.*

*On May 30, 2008, defendants New York City Police Department and Police Officer Gonzalez filed an answer to the Complaint. The Complaint does not state a claim against N.Y.C. Corporation Counsel.*

*This motion is dismissed.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 6/17/2008*