UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RA PTAH TAHARKA ALLEN

LEONARD WALTERS, ET AL et al
_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

07 Civ 8682 ( ) ( )

NOTICE OF MOTION
FOR A DEFAULT JUDGMENT

- against -

P.O JULIO GONZALEZ

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

**MEMO ENDORSED**

**PLEASE TAKE NOTICE** that upon the annexed affirmation of RA PTAH TARHAKA et al ALLEN: _(name)_ affirmed (signed) on JUNE. 2 , 20 08, and upon the exhibits attached thereto, and upon _(date)_ the accompanying Memorandum of Law in support of this motion _(delete if there is no Memorandum of Law)_, and upon the pleadings herein, (plaintiff/defendant will move this Court, before _(circle one)_ HON, JUDGE PATTERSON , United States District/Magistrate Judge, for an order _(Judge's name)_ pursuant to Rule 55(b) of the Federal Rules of Civil Procedure granting a default judgment against defendant P.O. JULIO GONZALEZ _(name)_

I declare under penalty of perjury that the foregoing is true and correct.

Signature  Ra Ptah Taharka Allen ET-AL
Address   1694 ,MADISON AVE apt 4 G.10029 N.Y N.Y
Telephone Number   1-212-300-4692
Fax Number _(if you have one)_

SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED

Motion Denied on May 30, 2008, defendants New York City Police Department and Police Officer Gonzalez filed an answer to the complaint. The motion is dismissed.

So ordered
[signature] Robert Patterson
6/16/08

Rev. 05/2007

**Case:** Ra Ptah Taharqa Allen, et ano. v. NYC Police Dep't., et al.
**Index No.** 07 Civ. 8682 (RPP)

**MEMO ENDORSEMENT READS:**

*Motion denied.*

*On May 30, 2008, defendants New York City Police Department and Police Officer Gonzalez filed an answer to the Complaint. The motion is dismissed.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 6/17/2008*