UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RA-PTAH TAHARKA ALLEN
LEONARD WALTERS ET AL et al
_____
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ 8682 (RPP) ( )

NOTICE OF MOTION
FOR A DEFAULT JUDGMENT

- against -

P.O. VINCIENT RUIZ

**MEMO ENDORSED**

_____
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

    **PLEASE TAKE NOTICE** that upon the annexed affirmation of RA PTAH TAHARKA et al ALLEN *(name)* affirmed (signed) on JUNE, 2, 20 08, *(date)* and upon the exhibits attached thereto, and upon the accompanying Memorandum of Law in support of this motion *(delete if there is no Memorandum of Law)*, and upon the pleadings herein, (plaintiff/defendant *(circle one)* will move this Court, before HON, JUDGE PATTERSON *(Judge's name)*, United States District/Magistrate Judge, for an order pursuant to Rule 55(b) of the Federal Rules of Civil Procedure granting a default judgment against defendant P.O. VINCIENT RUIZ *(name)*.

I declare under penalty of perjury that the foregoing is true and correct.

Signature  Ra Ptah Taharka Allen
Address    1694 , MADISON AVE apt 4 G, 10029 N.Y N.Y

Telephone Number  1-212-300-4692
Fax Number *(if you have one)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

*Motion is denied. The Court requires service of motion for default on defendant.
So ordered.
[signature] RPP
6/24/08*

Rev. 05/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RA PTAH TAHARKA ALLEN

LEONARD WALTERS   ET AL

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

P.O. VINCIENT RUIZ,

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

07 Civ 8682 ( ) ( )

**AFFIRMATION**

Plaintiff   RA PTAH TARHAQA ALLEN  , proceeding *pro se*, hereby **affirms**
*(name of plaintiff)*
**under penalty of perjury** that the following is true:

1. This action was commenced on ~~OCT, 9~~ FEB 22, 2008 by the filing
*(date complaint was filed)*
of a complaint and the issuance of a summons.

2. The summons and complaint in this action were served on defendant VINCIENT RUIZ
*(name of defendant)*
by serving VINCIENT RUIZ     (**personally**/by mail) on 4-28, 20 08
*(name and title of person served)*   *(circle one)*   *(date defendant was served)*
at PSA#5, 221 east 123 st n.y. 10035  . The original summons and
*(address where served)*
affirmation of service were filed with the Court on  OCT, 9  , 20 07 .
*(date return of service was filed with the court)*
As proof of service, a copy of the summons, the complaint, the affirmation of service and

the docket sheet are attached to this affirmation.

3. The time to respond to this complaint has expired, and the defendant has not answered

or made a motion, nor has defendant been granted an extension. Defendant is now in default.

4. The defendant is not an infant or an incompetent person, nor is the defendant serving

in the United States Armed Forces.

5. This Court has jurisdiction over this matter by virtue of   18.USC,241.
*(state the federal statute which*
42.USC,1983.
*permits you to bring the case in federal court)*

*Rev. 05/2007*

1

6.     By reasons of the foregoing, plaintiff believes s/he has good and meritorious causes of action against defendant.

7.     In the attached complaint, demand was made for damages in the amount of $ ,3 mill This sum is now justly due and owing, and no part of it has been paid. In addition, plaintiff seeks interest on this sum since the date the complaint was served. Plaintiff also seeks disbursements in the amount of $ 3mill .

> *Note:* This paragraph should be included only if you have stated a specific amount of monetary damages in your complaint. If you have *not* specified an amount of monetary damages in your complaint, you should cross out this paragraph.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this MON day of JUNE, 2 , 20 08

    Signature of Plaintiff    *Re P Tab. Takorka Allen et al.,*

    Mailing Address    1694 MADISON AVE apt, 14G

                       N.Y N.Y 10029

    Telephone Number    1-212-300-4692

    Fax Number *(if you have one)*

*Rev. 05/2007*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RA PTAH TAHARKA ALLEN

LEONARD WALTERS ET AL
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ. 8682 ( )( )

- against -

P.O. VINCIENT RUIZ

**STATEMENT OF DAMAGES**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Principal amount sued for ....3million.$.............$ ___, 3 _____

Interest[1/] at __3__% from __JUNE 1_____ ___, 2007 through JUNE, 2 __ ____, 20_08_ .....$ _____

Costs and Disbursements

    Filing fee for this action.............................$ _____

    Process Server fee for service, if any................$ _____

**Total** (as of __ _____ ___, 200_8_*)...........................................$ _____

*Rev. 05/2007*

---

[1/]   The United States Federal Reserve Board releases the H.15 Selected Interest Rates table which provides the most current interest rate. This table may be found on the Southern District of New York's website, www.NYSD.USCOURTS.GOV.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RA PTAH TAHARKA ALLEN
_____

~~LEONARD WALTERS ET AL~~
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ. 8682 ( ) ( )

- against -

P.O. VINCIENT RUIZ
_____

**CLERK'S CERTIFICATE**

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on __2/12__, 20_08_ *(date complaint was filed)* with the filing of a ~~summons and~~ complaint, *Amended* a copy of the ~~summons and~~ complaint was served on defendant by serving __Lt Forten__ (*personally*/by mail on __4/28__, 20_08_
*(name and title of person served)  (circle one)  (date defendant was served)*
and proof of service was filed with the Court on __5/1/-r__, 20___.
*(date return of served was filed with the Court)*
I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

DATED:   New York, New York
         __June 2__, 20_08_

                                        __S. Michy / McMah__
                                        J. MICHAEL McMAHON
                                        Clerk of Court

                               By: _____
                                        Deputy Clerk

*Rev. 05/2007*

**ORDERED, ADJUDGED and DECREED** that plaintiff have judgment against defendant in the liquidated amount of $ 3 million $ with interest at the rate of ___ % from

<u>JUNE 1,</u> , 2007 through <u>JUN 2</u> , 20 08 amounting to
(date)            (date of entry of the judgment)

$ 7.3 mill$ plus costs and disbursements of this action in the amount of $ _____ .

> *Note:* The above paragraph should be included only if you have stated a specific amount of monetary damages in your complaint. If you have **not** specified an amount of monetary damages in your complaint, you should cross out this paragraph, but include the following paragraph.

**ORDERED, ADJUDGED and DECREED** that this matter be referred to United States Magistrate Judge _____, for an inquest to determine the amount of damages sustained by plaintiff including interest and costs, and that the Court shall enter judgment accordingly.

> *Note:* The above paragraph should be included only if you have **not** stated a specific amount of monetary damages in your complaint. If you have specified an amount of monetary damages in your complaint, you should cross out this paragraph, but include the preceding paragraph.

                                                                  United States District Judge

DATED:     New York, New York
                 _____ ____, 20__

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| RA PTAH TARHAQA Allen ET. AL | 07 CIV 8682 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| P.O. VINCIENT, RUIZ SH# 10766 | Summons/complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
➤ P.O. VINCENT, RUIZ

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** P.S.A. 5 # 221 East 123rd ST. N.Y. 10035

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

1694 MADISON AVE
APT 146 - 10029 N.Y. N.Y.
RA PTAH TARHAQA Allen

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
Ra Ptah Tarhaqa Allen
☑ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 212 360-4692
DATE: 2·26·08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 52 | District to Serve No. 52 | Signature of Authorized USMS Deputy or Clerk | Date 2/26/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): LT. Fenton
☑ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: / /  Time: 1:10 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 6.00 | | 51.00 | | | |

**REMARKS:** Sent out for mail service on 3/20/08, no response. Set up for Per/Service on 4/21/08.

07-8682-7

**NOTE**

PRIOR EDITIONS MAY BE USED

**3. NOTICE OF SERVICE**

FORM USM-285 (Rev. 12/15/80)