RA PTAH TARHAKA ALLEN

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/08
```

RECEIVED SEP 11 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

LEONARD WALTERS ET AL

07civ8682

_V_

MEMO ENDORSED

N,Y,C,POLICE DEPT          SET,8,2008

TO THE HON.R.PATTERSON ,U.S DISTRICT JUDGE

WE THE PLAINTIFFS REQUEST AN ENLARGMENT OF TIME TO SERVE P.O FIGHERREO ,WE THE PLAINTIFFS HAVE ASK COUNSEL FOR THE DEFENSE WERE CAN WE LOCATE THE SAID OFFICER WE WERE GIVING A PRECINT THAT DOES NOT EXIST.AN U.S MARSHALL ATEMPTED SERVICES AND WAS UNSUCCESSFUL IN A SECOND ATTEMT.WHEREFORE WE RESPECTFULLY ASK FOR AN ENLARGMENT OF TIME. SO THAT THE SAID OFFICER CAN BE SERVED BY THE U.S MARSHALL.WE ALSO ASK THE COURT TO ORDER THE COUNSEL FOR THE DEFENSE TO RELEASE ALL INFORMATION ASK IN OUR INTERATAGORIES.INCLOSED IS THE REPONSES TO OUR REOUEST.RESPECFULLY SUBMITTED.

Ra Ptah Tarhaka Allen
son of each

MEMO ENDORSEMENT READS:

Application granted in part.
Plaintiff's time to serve the Summons and Complaint is extended to October 31, 2008.
Defendants are to file the letter of April 30, 2008, with the Court after checking to see that the addresses therein are correct and provide a copy to plaintiff.
So ordered.
Robert P. Patterson, Jr.
USDJ   9/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANTAH TAHARKA ALLEN

LEONARD WALTERS ET AL
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

N.Y.C. POLICE DEPT, ET AL

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

07 Civ 8682 ( ) ( )

**AFFIRMATION OF SERVICE**

I, _Ra Ptah Taharka All_, declare under penalty of perjury that I have
  *(name)*

served a copy of the attached ___INTERROGATORY/LETTER___
                                *(document you are serving)*

upon ___N.Y.C. LAW DEPT.___ whose address is ___100___
   *(name of person served)*

___CHURCH, ST, N.Y. 10007___
            *(where you served document)*

by ___MAIL___
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: N.Y.  N.Y.
       AUG 4      ,2008
       *(town/city)*  *(state)*

       aug      4   , 20 08
       *(month)* *(day)* *(year)*

_Ra Ptah Taharka All_
Signature

1694 MADISON AVE apt 14G
Address

N.Y. N.Y.
City, State

10 02G
Zip Code

212-300-4692
Telephone Number

*Rev. 05/2007*

RA PTAH TARHARKA ALLEN

LEONARD WALTERS ET AL                                                    CIV 07-8682

    _V_

N.Y.C.POLICE DEPT:

    TO N.Y.C.LAW DEPT:

        WE THE PLAINTIFFS REQUEST THE INFORMATION HERETOFORE IN OUR INTERROGATORY, IF COUNSEL REFUSES TO GIVE US THE IN_FOREMATION WE WILL ASK THE COURT TO DEMAND THAT COUNSEL SURRENDER THE INFORMATION WE SEEK.

                                                  RA PTAH TAHARKA ALLEN

                                                  *[signature]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RA PTAH TAHARQA ALLEN

LEONARD WALTERS   Plaintiff,

N.Y.CITY POLICE DEPT

   - against -

P.O. GONZALEZ,

P.O. RUIZ

P.O. GERURREO   Defendants.
------------------------------------X

PLAINTIFF'S INTERROGATORIES TO DISCOVER IDENTITIES AND ADDRESSES OF DEFENDANTS

~~07~~ Civ 8682 (TPG)

Pursuant to Fed. R. Civ. P. 33, the Defendant(s) shall serve answers, under oath, to the following interrogatories within 30 days upon plaintiff at the address below.

                        RA PTAH TAHARKA ALLEN

Dated: AUG. 4. 2008        LEONARD WALTERS
                                *Plaintiff's Name*
                                *Identification No. (If applicable)*
                                *Address*

## INTERROGATORIES

1, ANY COMPLAINTS FILED AGAINST P.O GONZALEZ, RUIZ, GEHRRERO.

2, AFFERMATION, AND WARRANT SIGN BY A JUDGE

3, COPY OF THE CASE THE PEOPLE _V_ALLEN ,WALTERS

✓4. P.O.GONZALEZ REPORT OF HIS INVESTAGATION

5. INTERNAL AFFAIRS REPORT CONCERNING THIS INCIDENT

6, THE HOME ADDRESS OF P.O.GEURREO

7.CASE.NO(07-209-48) (07-209-96)



| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | BRIAN FRANCOLLA<br>*Assistant Corporation Counsel*<br>Tel.: (212) 788-0988<br>Fax: (212) 788-9776 |

September 3, 2008

**BY FIRST-CLASS MAIL**

Mr. Ra Ptah Taharoa Allen
Mr. Leonard Walters
Plaintiffs *Pro Se*
1694 Madison Avenue, #14G
New York, New York 10029

        Re: <u>Ra Ptah Taharoa Allen, et al. v. The New York City Police Department, et al.</u>,
            07 CV 8682 (RPP) (KNF)

Mr. Allen and Mr. Walters:

      I am the Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of the above-referenced matter on behalf of defendants the New York City Police Department, Police Officer Gonzalez and Police Officer Ruiz. I am in receipt of your recent letter in which you request that this Office respond to "Plaintiff's Interrogatories To Discover Identities and Addresses of Defendants," dated August 4, 2008. On April 22, 2008, you served this Office with the same or similar requests.

      As you know, by letter dated May 7, 2008, I wrote to advise you that your discovery requests were premature, but that we would retain a copy of your requests in the case file and respond at the appropriate time, pursuant to the Federal Rules of Civil Procedure. I also reminded you that by letter dated April 30, 2008, and pursuant to Judge Patterson's April 16, 2008 Order, we provided you with addresses where Officers Figuereo, Ruiz, and Gonzalez could be served with process.

      Similarly, it is defendant's position that your recent discovery requests dated August 4, 2008 are premature. Please be advised that we will retain a copy of your requests in the case file and respond at the appropriate time, pursuant to the Federal Rules of Civil Procedure.



| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | BRIAN FRANCOLLA<br>*Assistant Corporation Counsel*<br>Tel.: (212) 788-0988<br>Fax: (212) 788-9776 |

May 7, 2008

**BY FIRST-CLASS MAIL**
Mr. Ra Ptah Taharoa Allen
Plaintiff *Pro Se*
1694 Madison Avenue, #14G
New York, New York 10029

Mr. Leonard Walters
Plaintiff *Pro Se*
1694 Madison Avenue, #14G
New York, New York 10029

        Re: Ra Ptah Taharoa Allen, et al. v. The New York City Police Department, et al.,
            07 CV 8682 (RPP) (KNF)

Mr. Allen and Mr. Walters:

        I am the Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of the above-referenced matter on behalf of defendant New York City Police Department. I am in receipt of "Plaintiff's Interrogatories To Discover Identities and Addresses of Defendants," dated April 22, 2008. As you know, by letter dated April 30, 2008, and pursuant to Judge Patterson's April 16, 2008 Order, defense counsel advised you in writing of the present addresses where Officers Figuereo, Ruiz, and Gonzalez may be served with process. It is defendant's position, however, that any additional discovery requests are premature. Please be advised that we will retain a copy of these requests in the case file and will respond accordingly at the appropriate time, pursuant to the Federal Rules of Civil Procedure, if necessary.

        Thank you for your attention to the within matters.

                                      Sincerely yours,

                                      Brian Francolla
                                      Assistant Corporation Counsel
                                      Special Federal Litigation Division

