UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RA PTAH TAHARKA ALLEN,
LEONARD WALTERS,

                            Plaintiffs,

       - against -

N.Y.C. POLICE DEPARTMENT; P.O.
JULIO GONZALEZ, VINCENT RUIZ,
RANDYS FIGUEREO,

                            Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/09
```

07 Civ. 8682 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

       Plaintiffs' request that their interrogatories continue so that they can adequately respond to the Motion for Summary Judgment is denied in part. Plaintiffs shall submit their proposed interrogatories to the Court by August 15, 2009, so that the Court can determine whether they could provide evidence relevant to the disposition of the Motion for Summary Judgment and be served on the defense.

       IT IS SO ORDERED.

Dated: New York, New York
          August 6, 2009

                                                  Robert P. Patterson, Jr.
                                                      U.S.D.J.

Copies of this Order sent to:

Rah Ptah Taharoa Allen
1694 Madison Avenue, #14G
New York, NY 10029

Leonard Walters
1694 Madison Avenue, #14G
New York, NY 10029

Michael A. Cardozo, Corporation Counsel
City of New YorkLaw Department
Attn:   Brian Francolla, Asst. Corporation Counsel
100 Church Street
New York, NY 10007
Tel:    212-788-0988
Fax:    212-788-9776